*Recp # 149983    Ck #112*

Date: 03/22/10                   **DIVIDENDS REMITTED TO THE COURT**                   Page: 1

Case Number 09-10303 - DELI WAGON FOOD SERVICE,

| Creditor | Claim No. | Amount Allowed | Amount Paid |
|---|---|---|---|
| BES of Ohio, LLC, dba MedGroup<br>P.O. Box 567<br>Chagrin Falls, OH 44022-0567 | 000004 | 52.00 | 2.09 |
| Remittance Total | | 52.00 | 2.09 |

*[signature]*
LAUREN A. HELBLING, Trustee

2010 MAR 23 PH 1:01
[FILED stamp - U.S. BANKRUPTCY COURT, NORTHERN DISTRICT OF OHIO, CLEVELAND]